IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:                                      Case No. 20-00448-HWV
                                               Chapter 13

Diane C. Krause

Debtor(s).

## NOTICE OF APPEARANCE

**U.S. Bank National Association, not individually but solely as Trustee for BlueWater Investment Trust 2018-1**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Daniel P. Jones, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Suite 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

                                   By:      _/s/ Daniel P. Jones, Esquire_
                                                       Daniel P. Jones, Esquire
                                                       Bar No: 321876
                                                       Stern & Eisenberg, PC
                                                       1581 Main Street, Suite 200
                                                       The Shops at Valley Square
                                                       Warrington, PA 18976
                                                       Phone: (215) 572-8111
                                                       Fax: (215) 572-5025
                                                       djones@sterneisenberg.com
                                                       Attorney for Creditor

# CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 29th day of May 2020, to the following:

Steven M. Carr
Ream Carr Markey Woloshin & Hunter LLP
119 East Market Street
York, PA 17401
stevecarr8@comcast.net
***Attorney for Debtor***

Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036
dehartstaff@pamd13trustee.com
***Chapter 13 Trustee***

United States Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101
ustpregion03.ha.ecf@usdoj.gov
***Asst. U.S. Trustee***


and by standard first-class mail postage prepaid to:

Diane C. Krause
421 Beaumont Road
York, PA 17403
***Debtor***


                                            By:     */s/Daniel P. Jones, Esquire*