**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION**

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| Diane C. Krause | : | |
|     Debtor | : | |
| | : | CASE No. 1:20-bk-00448-HWV |
| Santander Consumer USA, Inc. | : | |
|     Movant | : | |
| | : | |
| v. | : | |
| | : | |
| Diane C. Krause | : | |
|     Debtors/Respondents | : | |
| | : | |
| | : | |
| Charles J DeHart, III, Esquire | : | |
|     Trustee/Respondent | : | |

## ANSWER

**AND NOW**, this 29th day of October, 2020, the Debtor, Diane C. Krause, by and through counsel, Steven M. Carr, of Ream, Carr, Markey, Woloshin & Hunter, LLP, files this Answer to the Motion for Relief from Stay filed by Santander Consumer USA, Inc.

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Denied. Debtor will cure the default.

**WHEREFORE**, Debtor prays that the Court deny the Motion for Relief.

Ream, Carr, Markey, Woloshin & Hunter, LLP

**/S/ Steven M. Carr**
Steven M. Carr, Esquire
Attorney for Debtor
119 East Market Street
York, PA 17401
717.843.8968
ID #343336