United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re:<br>Diane C. Krause<br>    Debtor | Case No. 20-00448-HWV<br>Chapter 13 |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jan 19, 2021 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| 5320198 | U.S. Bank National Association, et. al., P.O. Box 814609, Dallas, TX 75381-4609 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Daniel Philip Jones | on behalf of Creditor U.S. Bank National Association et al. djones@sterneisenberg.com  bkecf@sterneisenberg.com |
| Daniel Philip Jones | on behalf of Creditor U.S. Bank National Association  not individually but solely as Trustee for BlueWater Investment Trust 2018-1 djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| James Warmbrodt | on behalf of Creditor U.S. Bank National Association  not individually but solely as Trustee for BlueWater Investment Trust 2018-1 bkgroup@kmllawgroup.com |
| Michelle Ghidotti | on behalf of Creditor US Bank Trust NA bknotifications@ghidottiberger.com |
| Steven M. Carr | on behalf of Debtor 1 Diane C. Krause stevecarr8@comcast.net  julie.reamcarrllc@gmail.com;debclick@comcast.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

William E. Craig
   on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 8

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:20-bk-00448-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Diane C. Krause
421 Beaumont Road
York PA 17403

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/18/2021.

Name and Address of Alleged Transferor(s):

Claim No. 7: U.S. Bank National Association, et. al., P.O. Box 814609, Dallas, TX 75381-4609

Name and Address of Transferee:

US Bank Trust NA
SN Servicing Corporation
323 5th Street
Eureka, CA 95501
US Bank Trust NA
SN Servicing Corporation

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/21/21

Terrence S. Miller
**CLERK OF THE COURT**